## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Deogracia Otero,

        Debtor.

Case No. 23-10638-pmm

Chapter 13

### Debtor's Motion to Dismiss Case

**AND NOW**, Debtor Deogracia Otero, by and through his attorney, moves this Court for dismissal of this case pursuant to 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and L.B.R. 10172-(a).

**NOW, THEREFORE,** the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: 3/4/24

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

Date: 3/4/24

Deogracia Otero
Debtor

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Dismiss Case and the proposed order to be served on all parties listed on the clerk's service list through the CM/ECF system.

Date: 3/4/24

/s/ Michael I. Assad
Michael I. Assad